LEÓN MORALES ET AL., APPELLANTS, *v.* REGISTRAR OF CAGUAS, RESPONDENT.

APPEAL from a Decision of the Registrar of Property Refusing to Record a Dominion Title.

No. 403.—Decided May 19, 1919.

RECORD OF TITLE—DOMINION TITLE—SUMMONS.—When a dominion title judgment gives the names of the persons composing the lawful succession of the former owners of the property claimed by the petitioners under title of inheritance and further states that the former owners of the property were summoned, the registrar is not justified in denying the record on the grounds that it does not appear from the judgment that the persons from whom the property was acquired were summoned, or that the petitioners are the sole heirs of the former so as to avoid the necessity of summoning such successors in interest.

The facts are stated in the opinion.

*Mr. Luis Mendín* for the appellant.

The respondent did not appear.

MR. JUSTICE ALDREY delivered the opinion of the court.

The Registrar of Property of Caguas refused to record the dominion title judgment involved in this appeal on the ground that it does not appear therein that the successors in interest of the former owners of the property were summoned, nor that the petitioners in the dominion title proceeding are the sole heirs of the former owners, thus rendering unnecessary the summoning of such successors in interest.

Nevertheless, after examining the judgment we find that these requirements were complied with, for it is stated therein that the petitioners, José León Morales and María Acosta

León, acquired the property in the following manner: The former acquired a part of it by inheritance from his parents, Manuel León and Josefa Morales, who died leaving a lawful succession composed of the petitioner and their grandchildren Juan, Antonio, Ramón, Manuel, Ramona, Carmen and Mercedes Zayas León; and the other petitioner, María Acosta León, acquired another part of the property by inheritance from her parents, Antonio Acosta and Tomasa León, whose lawful succession was composed of the petitioner and the granddaughter Regina León.

It was stated, therefore, who were the successors in interest of the former owners, and as the judgment further states that the former owners were summoned, the registrar was not justified in refusing to record the judgment as ordered.

The decision must be reversed and the record ordered.

*Reversed.*

Chief Justice Hernández and Justices Wolf, del Toro and Hutchison concurred.